IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Carolyn Diane Klepper, | ) | C/A: 0:13-1167-JFA-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| Bi-Lo, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The court has this date executed the attached order permitting Benjamin M. Mabry and Janet E. Rhodes to withdraw as counsel of record for the plaintiff, Carolyn Diane Klepper, in this action. The court will allow the plaintiff thirty (30) days within which to notify the court of the identity of the new attorney to represent the plaintiff in this case or, alternatively, of the plaintiff's desire to proceed with this litigation without an attorney.[1]

To this end, the plaintiff shall, within thirty (30) days from the date of this order, complete the attached notice and mail it to the Clerk of Court at the address indicated. If the plaintiff fails to file the attached letter with the Clerk within the time prescribed, the court will assume that the plaintiff intends to proceed in this litigation *pro se* or without the benefit of an attorney. If the plaintiff chooses to proceed *pro se*, she remains responsible for insuring that the Clerk of Court has her current, accurate address.

---

[1] If any party to this litigation is a corporation, the court hereby gives notice that a corporation may not appear through its corporate officers but may only appear in United States District Court through an attorney duly licensed to practice in this district. *E.g., Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

If no new attorney is obtained, the plaintiff is specifically advised that the court will expect this litigation to be conducted in accordance with all provisions of the Federal Rules of Civil Procedure. Failure to comply could have serious consequences including, but not limited to, striking a claim or defense or a pleading.

The plaintiff is also notified that this case is set to go to trial during the next term of court, with jury selection scheduled for Tuesday, May 8, 2014.

IT IS SO ORDERED.

February 6, 2014
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge