IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Carolyn Diane Klepper, | ) | C/A: 0:13-1167-JFA-TER |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| Bi-Lo, | ) | |
| Defendant. | ) | |

This court has previously entered an order allowing the attorney of record for the plaintiff to withdraw. That order also informed the plaintiff of her obligation to notify this court of her new counsel's identity or of the fact that she intended to proceed *pro se* or without counsel. To date, the court has heard nothing from the plaintiff.[1]

In an effort to determine if the plaintiff wishes to pursue this action or wishes to abandon it altogether, the court will conduct a telephonic status conference on the case at 10:00 a.m. on Tuesday, March 18, 2014. A notice from the Clerk informing the parties of the procedures for initiating the conference call will be mailed under separate notice.

If the plaintiff fails to participate in the telephone status conference, the court will be left with no recourse except to dismiss this action with prejudice under Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

March 11, 2014
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

---

[1] Counsel's motion to withdraw was based upon plaintiff's failure to even respond to her attorney.