IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Carolyn Diane Klepper,<br><br>    Plaintiff,<br><br>vs.<br><br>Bi-Lo,<br><br>    Defendant. | C/A No. 0:13-cv-01167-JFA-TER<br><br>**ORDER** |

This matter comes before the court on the plaintiff's failure to prosecute her claim. The court previously had entered an order allowing the attorney of record for the plaintiff to withdraw. That order also informed the plaintiff of her obligation to notify this court of her new counsel's identity or of the whether she intended to proceed without counsel as a pro se litigant. To date, the court has heard nothing from the plaintiff. In an effort to determine if the plaintiff wishes to pursue this action, the court conducted a telephonic status conference on March 18, 2014. The plaintiff was not available, and, instead, her husband participated. In light of what was stated on the record during the conference, the court is left with no other recourse except to dismiss this action with prejudice under Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

March 18, 2014                                             Joseph F. Anderson, Jr.
Columbia, South Carolina                          United States District Judge

1